IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOSEPH LORATEL NGWANG, | ) | |
| Petitioner, | ) | |
| v. | ) | 1:26-cv-2271 (AJT-LRV) |
| TODD BLANCHE, *et al.*, | ) | |
| Respondents. | ) | |

**ORDER**

Before the Court is Petitioner Joseph Loratel Ngwang's Petition for Writ of Habeas Corpus, [Doc. No. 1] (the "Petition"), filed on July 25, 2026.

Petitioner is citizen of Cameroon, who entered the United States without inspection in or around September 2024. [Doc. No. 1] ¶¶ 9, 28. On June 1, 2026, Petitioner was detained by immigration officials, following which he was transported to the Farmville Detention Center, where he remains detained. *Id.* ¶¶ 10, 12. The Petition alleges that Petitioner is being unlawfully held under 8 U.S.C. § 1225(b)(2) without access to a bond hearing. *Id.* ¶¶ 10, 33. Respondents move to dismiss the Petition on the grounds that Petitioner received a bond hearing on June 24, 2026, but was denied bond based on a finding that (1) Petitioner is subject to mandatory detention under section 1225(b) and (2) in the alternative, Petitioner is a flight risk. [Doc. No. 4-1]. Respondents have filed a copy of the Immigration Judge's order denying bond, *id.*, and Petitioner has not filed a reply disputing that he received a bond hearing. Since Petitioner has already received the bond hearing that would remedy his unlawful detention, the Court finds that dismissal is appropriate. For these reasons, it is hereby

**ORDERED** that the Petition be, and the same hereby is, **DISMISSED**.

The Clerk is directed to send copies of this Order to all counsel of record, and to terminate the case.

August 6, 2026
Alexandria, Virginia

Anthony J. Trenga
United States District Judge